UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN SANCHEZ, MARCOS FERNANDEZ,
NICHOLAS ARMANDO, BALDOMERO
PEREZ, and ALEXANDRA GARCIA, on behalf
of themselves, FLSA collective Plaintiffs, and
Class Members,

                     Plaintiff,

    -against-

BURGERS & CUPCAKES LLC d/b/a
BURGERS & CUPCAKES, MITCHEL
LONDON INC. d/b/a MITCHEL LONDON
FOODS, MITCHEL LONDON, and
CARMELA LONDON,
                     Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2017

16 **CIVIL** 3862 (VEC)

**JUDGMENT**

      Whereas on October 19, 2016, Plaintiffs accepted Defendants' offer of judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure (which offer was made on an "all or nothing basis"); on March 16, 2017, the Court held that Plaintiffs may not validly accept a Rule 68 offer of judgment in respect of claims arising under the Fair Labor Standards Act without Court approval; and in accordance with the Court's March16, 2017 order, the parties submitted their proposed compromise for approval on March 24, 2017, and the matter having come before the Honorable Valerie E. Caproni, United States District Judge, and the Court on March 29, 2017, having issued its Order finding that the parties' compromise is fair and reasonable, and directing the Clerk of Court to enter judgment in favor of the Plaintiffs and terminate this case, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated March 29, 2017, judgment is entered in favor of the Plaintiffs; accordingly, judgment is entered in favor of Plaintiffs as follows: Adrian Sanchez in the amount of $4,800.00;

Marcos Fernandez in the amount of $4,800.00; Nicolas Armando in the amount of $1,400; and Alejandra Garcia in the amount of $1,400, plus attorneys in the amount of $6,400.00, and costs in the amount of $400.00 for a total sum of $19,200.00, inclusive of all damages, liquidated damages, interest, reasonable attorneys' fees, costs and expenses actually incurred, to which Plaintiffs are entitled by law and the case is terminated.

**DATED:** New York, New York
March 31, 2017

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
BY:
                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 4/4/2017